Ronald E. Stadtmueller, Chapter 13 Trustee  
Check No. 699477  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11084 | 005-0 | BILLY J SMITH<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx6130 | 95.55 | 5.10 | 0.00 | 5.10 |
| 04-11457 | 002-0 | GREGORIO FLORES<br>Original Check written to:<br>STERLING, INC. D/B/A KAY JEWELERS<br>C/O TRAUNER, ET AL<br>2880 DRESDEN DR<br>ATLANTA, GA  30341-3920 | xxxxxx0732 | 0.00 | 834.52 | 0.00 | 834.52 |
| 04-11457 | 102-0 | GREGORIO FLORES<br>Original Check written to:<br>OCWEN FEDERAL BANK, FSB<br>ATTN: BANKRUPTCY DEPARTMENT<br>12650 INGENUITY DRIVE<br>ORLANDO, FL  32826 | xxxx1948 | 0.00 | 65.35 | 2.64 | 67.99 |
| 04-90808 | 005-0 | ROBERT BARON EDDINS SR<br>Original Check written to:<br>NEUROCARE NETWORK<br>COLLECTION SVC DIVISION<br>411 WEST FRONT<br>TYLER, TX  75702- | xxxxxx0999 | 452.93 | 30.40 | 0.00 | 30.40 |
| 06-10219 | 108-0 | OLIVIA S TURK<br>Original Check written to:<br>HOMECOMINGS FINANCIAL<br>9350 WAXIE WAY #100<br>SAN DIEGO, CA  92123 | xxxxxx7780 | 2,891.63 | 37.04 | 21.23 | 58.27 |
| 07-10395 | 999-0 | SAMUEL L. JOHNSON<br>Original Check written to:<br>SAMUEL L. JOHNSON<br>1225 8TH ST.<br>PORT ARTHUR, TX  77640 | | 0.00 | 462.00 | 0.00 | 462.00 |
| 08-90138 | 003-0 | RODNEY BROWN<br>Original Check written to:<br>CIT GROUP<br>715 S METROPOLITAN AVE #150<br>OKLAHOMA CITY, OK  73108 | 1601 | 1,432.52 | 0.00 | 26.68 | 26.68 |